**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

No. 1:26-cv-01812

**Diaz Castillo,**
*Petitioner,*

v.

**Blanche, et al.,**
*Respondents.*

## ORDER

On July 13, 2026, this Court denied Petitioner's petition for writ of habeas corpus without prejudice to refiling with the required filing fee or a motion to proceed *in forma pauperis* before August 12, 2026. ECF No. 3. Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis*. Petitioner's petition is therefore dismissed without prejudice.

The clerk's office is directed to close this case.

*So ordered by the Court on August 17, 2026.*

ANDREW DAVIS
United States District Judge